IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLANREWAJU ODEDEYI,<br><br>   *Plaintiff,*<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., et al.,<br>   *Defendants.* | CIVIL ACTION<br><br>NO. 23-2452 |

### ORDER

**AND NOW**, this 20th day of November 2023, upon consideration of Olanrewaju Odedeyi's Motion for Summary Judgment (ECF 13) and supplemental filings (ECFs 17, 18, 20, 21, 23, 25, 26, 27, 30), and Security National's Cross-Motion for Summary Judgment (ECF 15) and supplemental filings (ECFs 22, 24), it is **ORDERED** that Security National's Motion is **GRANTED**, Odedeyi's Motion is **DENIED** and **JUDGMENT IS ENTERED** in favor of Security National and against Odedeyi.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.